429 A.2d 64

Commonwealth v. Mobley, Appellant.

Commonwealth v. Knox, Appellant.

564

Submitted November 16, 1979. John H. Corbett, Jr., Chief, Appeals, Assistant Public Defender, for appellants; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgments of sentence affirmed.